# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Plaintiff-in-Interpleader,<br><br>vs.<br><br>LATRICE L. POLK, an individual, and KELVIN J. VEASLEY, an individual,<br><br>   Defendants-in-Interpleader. | Case No. CV 18-2349-GW(MRWx)<br><br>Honorable George H. Wu<br><br>**ORDER GRANTING STIPULATION FOR:**<br><br>**1. PLAINTIFF-IN-INTERPLEADER METROPOLITAN LIFE INSURANCE COMPANY'S DISCHARGE AND DISMISSAL WITH PREJUDICE;**<br>**2. PERMANENT INJUNCTION; AND**<br>**3. RECOVERY OF REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>Complaint Filed: March 22, 2018 |

# ORDER

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. That Metropolitan Life Insurance Company ("MetLife") is discharged of any and all liability with respect to the Plan Benefits and the Group Policies and any and all claims that Defendants-in-Interpleader Kelvin J. Veasley ("Veasley") and Latrice L. Polk ("Polk") have or could have asserted regarding the Plan Benefits and the Group Policies;

2. That Defendants-In-Interpleader Polk and Veasley and their respective agents, attorneys and/or assigns are enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Plan Benefits and the Group Policies;

3. That MetLife will recover its attorneys' fees and costs from the stake on deposit in the amount of $4,490.20. Said funds are to be payable to Metropolitan Life Insurance Company and sent to MetLife's counsel of record Misty A. Murray, Esq., Hinshaw & Culbertson LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071; and

4. That MetLife is dismissed from this action entirely with prejudice.

**IT IS SO ORDERED.**

Dated: June 21, 2018

*/s/ George H. Wu*
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE